IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. |
| v. | 1:14-CR-0165-JEC |
| JOSE BENJAMIN REYES-BANEGAS, | |
| Defendant. | |

## **REPORT & RECOMMENDATION CONCERNING PLEA OF GUILTY**

The defendant, JOSE BENJAMIN REYES-BANEGAS, by written consent, has appeared before me with counsel and has entered a plea of guilty to the Indictment charging a violation of 8 U.S.C. § 1326(a) and (b)(2). After cautioning and examining the defendant under oath concerning each of the subjects mentioned in FED. R. CRIM. P. 11, I have determined that the guilty plea was knowing and voluntary and that the offense charged in the Indictment is supported by an independent basis in fact establishing each of the essential elements of such offense. I, therefore, **RECOMMEND** that the plea of guilty be accepted and that the defendant be adjudged guilty of the offense charged in the Indictment and have sentence imposed accordingly.

AO 72A
(Rev.8/82)

**IT IS SO RECOMMENDED** this the 18th day of June, 2014.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE