```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:14-cr-165-JEC-JFK |
| JOSE BENJAMIN REYES-BANEGAS, | |
|    Defendant. | |

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [22] recommending accepting defendant's plea of guilty tendered on June 18, 2014. No objections to the Report and Recommendation [22] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [22] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED, this 30th day of July, 2014.

```
                        /s/ Julie E. Carnes
                        JULIE E. CARNES
                        CHIEF UNITED STATES DISTRICT JUDGE
```

AO 72A
(Rev.8/82)